In the Matter of the Claim of ROSE LASHER, Respondent, against PRIMO PRODUCING COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 7, 1930; decided January 17, 1930.)

*Frank L. Ward* for appellants.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.